# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 683 |
| | : | |
| REVIEW AND VACATUR OF LOCAL | : | SUPREME COURT RULES DOCKET |
| ORPHANS' COURT RULES | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of December, 2015, upon the recommendation of the Orphans' Court Procedural Rules Committee:

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that:

1) The continued necessity of existing local orphans' court rules as of September 1, 2016 shall be reviewed by the President Judge or his or her designee in light of the Order of this Court, *see* No. 682 Supreme Court Rules Docket (December 1, 2015), rescinding and replacing Rules 1.1 through 13.3, and 17, and amending Rules 14.1 through 16.12 of the Pennsylvania Orphans' Court Rules.

2) A local orphans' court rule deemed necessary shall be submitted to the Orphans' Court Procedural Rules Committee no later than June 1, 2016 for review in accordance with Pa.O.C. Rule 1.5.

3) A local orphans' court rule not adopted in accordance with Pa.O.C. Rule 1.5 shall be vacated effective September 1, 2016.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b) and shall be effective immediately.